# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JUNE 28, 2013

### NO. 03-12-00653-CR

**Frank Mosqueda, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
### AFFIRMED -- OPINION BY JUSTICE ROSE

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the trial court's judgment of conviction. **IT IS THEREFORE ORDERED** that the judgment of conviction of the trial court is in all things affirmed; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made, and that this decision be certified below for observance.